Order entered January 11, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01079-CR
No. 05-12-01080-CR

**KEITH BRONSHA PAUL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause Nos. F11-41122-Y, F10-42448-Y

## ORDER

The Court **GRANTS** appellant's January 9, 2013 motion to supplement the reporter's record.

We **ORDER** court reporter Sharon Hazlewood to file a supplemental record, within **FIFTEEN DAYS** from the date of this order, that contains the pretrial hearing on a motion to suppress.

We **ORDER** appellant to file his brief within **FORTY-FIVE DAYS** from the date of this order.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE